UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MEB Loan Trust IV

In Re:

Keith Jackson & Nancy Jackson,

Debtors.

Case No.:    21-14108-VFP

Chapter:    13

Hearing Date:    11/4/2021

Judge:    Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 30)

_____

Date: 11/2/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*