**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtors



Order Filed on November 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Keith Jackson** **Nancy E Jackson** | : | CASE NO. 21-14108 |
| Debtor(s) | : | The Honorable Vincent F. Papalia |
| | : | Hearing Date: November 4, 2021 at 10:00 a.m. |

**ORDER GRANTING DEBTOR'S MOTION TO EXPUNGE TRINITAS REGIONAL MEDICAL CENTER'S CLAIM NO. 15**

The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: November 8, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

.

Page 2
Debtor: Keith Jackson and Nancy E Jackson
Case No.  21-14108-VFP
Caption: ORDER GRANTING DEBTOR'S MOTION TO EXPUNGE TRINITAS REGIONAL MEDICAL CENTER'S CLAIM NO. 15

---

Upon the Notice of Motion to Expunge Trinitas Regional Medical Center's Claim No. 15 filed by Russell L. Low, Esq., attorney for the debtors, Keith Jackson and Nancy E Jackson, for an Order Granting Debtor's Motion to Expunge the Claim and for cause shown,

**ORDERED** that claim no. 15 filed by Trinitas Regional Medical Center is hereby expunged.