**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtors

Order Filed on November 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Keith Jackson**<br>**Nancy E Jackson** | : | CASE NO. 21-14108 |
| Debtor(s) | : | The Honorable Vincent F. Papalia |
| | : | Hearing Date: November 4, 2021 at 10:00 a. m. |

---

### ORDER GRANTING DEBTOR'S MOTION TO EXPUNGE TRINITAS REGIONAL MEDICAL CENTER'S CLAIM NO. 15

---

The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: November 8, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

.

Page 2
Debtor: Keith Jackson and Nancy E Jackson
Case No.  21-14108-VFP
Caption: ORDER GRANTING DEBTOR'S MOTION TO EXPUNGE TRINITAS REGIONAL
MEDICAL CENTER'S CLAIM NO. 15

_____

Upon the Notice of Motion to Expunge Trinitas Regional Medical Center's Claim No. 15 filed

by Russell L. Low, Esq., attorney for the debtors, Keith Jackson and Nancy E Jackson, for an

Order Granting Debtor's Motion to Expunge the Claim and for cause shown,

**ORDERED** that claim no. 15 filed by Trinitas Regional Medical Center is hereby expunged.

United States Bankruptcy Court

District of New Jersey

In re:                                                          Case No. 21-14108-VFP

Keith E Jackson                                                 Chapter 13

Nancy E Jackson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                    Page 1 of 2

Date Rcvd: Nov 08, 2021                 Form ID: pdf903               Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Keith E Jackson, Nancy E Jackson, 572 3rd Avenue, Elizabeth, NJ 07202-3932 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2021                 Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for MEB Loan Trust II bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Keith E Jackson ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Joint Debtor Nancy E Jackson ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | |

District/off: 0312-2                    User: admin                              Page 2 of 2
Date Rcvd: Nov 08, 2021                 Form ID: pdf903                          Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6