Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−14108−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Keith E Jackson
572 3rd Avenue
Elizabeth, NJ 07202

Nancy E Jackson
572 3rd Avenue
Elizabeth, NJ 07202

Social Security No.:
xxx−xx−8761

xxx−xx−6615

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 9, 2021.

Dated: November 9, 2021
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14108-VFP |
| Keith E Jackson | Chapter 13 |
| Nancy E Jackson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 09, 2021 | Form ID: plncf13 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Keith E Jackson, Nancy E Jackson, 572 3rd Avenue, Elizabeth, NJ 07202-3932 |
| 519214065 | + | AES/PHEAA, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 519214066 | + | ATLANTCFCU, P.O. BOX 618, KENILWORTH, NJ 07033-0618 |
| 519214067 | + | ATLANTIC FEDERAL CRED, P.O. BOX 618, KENILWORTH, NJ 07033-0618 |
| 519214075 | + | BANK OF AMERICA, ATTN: BANKRUPTCY NC4-105-02-77, PO BOX 26012, GREENSBORO, NC 27420-6012 |
| 519214076 | + | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519214073 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519214079 | + | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519214089 | + | CREDIT FIRST NATIONAL ASSOCIATION, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 519214095 | + | FIRST CREDIT SERVICES, ATTN: BANKRUPTCY, PO BOX 55 3 SCILES AVE, PISCATAWAY, NJ 08855-0055 |
| 519214100 | + | MEB Loan Trust II, c/o Specialized Loan Serving LLC, 6200 S. Quebec Street, Englewood, CO 80111-4720 |
| 519246747 | + | MEB Loan Trust II, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519257938 | | MEB Loan Trust IV, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519214099 | | McCalla Rymer Leibert Pierce, LLC, 485F US Highway 1 South, Suite 300, Iselin, NJ 08830-3072 |
| 519214111 | + | SANTANDER BANK, ATTN: BANKRUPTCY, 10-64-38-FD7 601 PENN ST, READING, PA 19601-3563 |
| 519214112 | | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519299790 | ++ | TRINITAS REGIONAL MEDICAL CENTER, ATTN TONI LOGIUDICE, 225 WILLIAMSON STREET, ELIZABETH NJ 07202-3625 address filed with court:, TRINITAS REGIONAL MEDICAL CENTER, 225 WILLIAMSON ST, ELIZABETH, NJ 07202 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 09 2021 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 09 2021 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 10:00:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519214070 | + | Email/Text: bk@avant.com | Nov 09 2021 20:42:00 | AVANT, ATTN: BANKRUPTCY, PO BOX 9183380, CHICAGO, IL 60691-3380 |
| 519214071 | + | Email/Text: hildaris.burgos@popular.com | Nov 09 2021 20:42:00 | BANCO POPULAR DE PUERTO RICO, ATTN: BANKRUPTCY, PO BOX 362708, SAN JUAN, PR 00936-2708 |
| 519214081 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2021 10:00:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519214086 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2021 10:00:00 | CITI/SEARS, CITIBANK/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |

Case 21-14108-VFP    Doc 39    Filed 11/11/21    Entered 11/12/21 00:10:34    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 09, 2021 | Form ID: plncf13 | Total Noticed: 55 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519214087 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 09 2021 20:42:00 | | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519214088 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 09 2021 20:42:00 | | COMENITYBANK/VENUS, ATTN: BANKRUPTCY DEPT, PO BOX 182273, COLUMBUS, OH 43218-2273 |
| 519214089 | + | Email/Text: BKPT@cfna.com Nov 09 2021 20:41:00 | | CREDIT FIRST NATIONAL ASSOCIATION, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 519214091 | + | Email/PDF: creditonebknotifications@resurgent.com Nov 10 2021 10:00:00 | | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 519229057 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 10 2021 10:00:00 | | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519214092 | + | Email/Text: mrdiscen@discover.com Nov 09 2021 20:41:00 | | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 519214093 | + | Email/Text: bnc-bluestem@quantum3group.com Nov 09 2021 20:42:00 | | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 519214096 | + | Email/Text: GenesisFS@ebn.phinsolutions.com Nov 09 2021 20:42:00 | | GENESIS BC/CELTIC BANK, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 519214097 | + | Email/Text: GenesisFS@ebn.phinsolutions.com Nov 09 2021 20:42:00 | | GENESIS FS CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 519214098 | | Email/Text: krivera@leadersfc.com Nov 09 2021 20:41:00 | | LEADERS FINANCIAL COMPANY, ATTN: BANKRUPTCY, 21 COMMERCE DR. SUITE 101, CRANFORD, NJ 07016 |
| 519223396 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 10 2021 10:00:00 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519214101 | + | Email/Text: bankruptcydpt@mcmcg.com Nov 09 2021 20:42:00 | | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE STE 100, SAN DIEGO, CA 92108-3007 |
| 519214103 | | Email/Text: ml-ebn@missionlane.com Nov 09 2021 20:41:00 | | MISSION LANE LLC, ATTN: BANKRUPTCY NOTICE, 237 KERNY ST #197, SAN FRANCISCO, CA 94108 |
| 519237872 | + | Email/Text: bankruptcydpt@mcmcg.com Nov 09 2021 20:42:00 | | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 519214107 | + | Email/Text: BKVerification@Ocwen.com Nov 09 2021 20:41:00 | | OCWEN LOAN SERVICING, LLC, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409-6493 |
| 519214108 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Nov 10 2021 10:00:00 | | OLLO CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |
| 519270296 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2021 10:00:00 | | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519255377 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2021 10:00:00 | | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519270274 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2021 10:00:00 | | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519265342 | | Email/Text: bnc-quantum@quantum3group.com Nov 09 2021 20:42:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519214110 | + | Email/PDF: resurgentbknotifications@resurgent.com Nov 10 2021 10:00:00 | | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, POB 10497, GREENVILLE, SC 29603-0497 |

Case 21-14108-VFP    Doc 39    Filed 11/11/21    Entered 11/12/21 00:10:34    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 09, 2021 | Form ID: plncf13 | Total Noticed: 55 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519214113 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 10:00:00 | SYNCB/ELECTRONICS EXPO, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519214114 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 10:00:00 | SYNCB/TOYS R US, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519214115 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 10:00:00 | SYNCHRONY BANK / HH GREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519214116 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 10:00:00 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519214117 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 10:00:00 | SYNCHRONY BANK/FLEX LC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519214118 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 10:00:00 | SYNCHRONY BANK/SAMS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519214119 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 10:00:00 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519214120 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 10:00:00 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY DEPT, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519214121 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 10:00:00 | SYNCHRONY BANK/WALMART, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519261648 | + | Email/Text: DeftBkr@santander.us | Nov 09 2021 20:42:00 | Santander Bank, N.A., 450 Penn St, MC: PA-450-COL1, Reading, PA 19602-1011 |
| 519215876 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 10:00:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519214105 | | NEW COMMUNITY FCU |
| 519214106 | | NEW COMMUNITY FCU |
| 519214069 | *+ | ATLANTIC FEDERAL CRED, P.O. BOX 618, KENILWORTH, NJ 07033-0618 |
| 519214068 | *+ | ATLANTIC FEDERAL CRED, P.O. BOX 618, KENILWORTH, NJ 07033-0618 |
| 519214072 | *+ | BANCO POPULAR DE PUERTO RICO, ATTN: BANKRUPTCY, PO BOX 362708, SAN JUAN, PR 00936-2708 |
| 519214074 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519214077 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519214078 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519214080 | *+ | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519214082 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519214083 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519214084 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519214085 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519214090 | *+ | CREDIT FIRST NATIONAL ASSOCIATION, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 519214094 | *+ | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 519214102 | *+ | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE STE 100, SAN DIEGO, CA 92108-3007 |
| 519214104 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, MISSION LANE LLC, ATTN: BANKRUPTCY NOTICE, 237 KERNY ST #197, SAN FRANCISCO, CA 94108 |
| 519214109 | *+ | OLLO CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 09, 2021 | Form ID: plncf13 | Total Noticed: 55 |

TOTAL: 2 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2021                     Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for MEB Loan Trust II bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Keith E Jackson ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Joint Debtor Nancy E Jackson ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6