

Order Filed on February 15, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| **UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY** |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) |
| **Russell L. Low, Esq. – RLL 4745**<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor |
| In Re:<br><br>KEITH E. JACKSON<br>NANCY E. JACKSON<br><br>Debtor(s) |

Case No. 21-14108

Chapter 13

Judge: The Honorable Vincent F. Papalia

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 15, 2022

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC,** the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00.  The allowance is payable:

  X    through the Chapter 13 plan as an administrative priority.

\_\_\_    outside the plan.