RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ 07601

Re: KEITH E JACKSON  
NANCY E JACKSON  
572 3RD AVENUE  
ELIZABETH, NJ 07202

Atty: RUSSELL L LOW ESQ  
LOW & LOW ESQS  
505 MAIN STREET, SUITE 304  
HACKENSACK, NJ 07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 21-14108

### RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/28/2021 | $837.00 | 7701048000 | 06/28/2021 | $837.00 | 7771011000 |
| 07/29/2021 | $837.00 | 7839649000 | 08/30/2021 | $837.00 | 7910466000 |
| 09/29/2021 | $837.00 | 7978447000 | 11/01/2021 | $837.00 | 8048838000 |
| 12/01/2021 | $837.00 | 8114157000 | 01/03/2022 | $837.00 | 8177155000 |
| 01/28/2022 | $837.00 | 8236162000 | 02/28/2022 | $837.00 | 8304640000 |
| 03/23/2022 | $837.00 | 8355836000 | 05/02/2022 | $837.00 | 8434002000 |
| 05/24/2022 | $837.00 | 8484219000 | 06/27/2022 | $837.00 | 8547809000 |
| 07/27/2022 | $837.00 | 8609851000 | 10/24/2022 | $900.00 | 8781341000 |
| 10/26/2022 | $582.62 | 8786712000 | 11/28/2022 | $1,482.62 | 8847304000 |
| 12/23/2022 | $1,482.62 | 8897561000 | | | |

**Total Receipts: $17,002.86 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $17,002.86**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 04/18/2022 | $1,862.50 | 888,664 | | 05/16/2022 | $400.13 | 890,439 |
| | 06/20/2022 | $400.13 | 892,092 | | 07/18/2022 | $400.13 | 893,856 |
| | 08/15/2022 | $400.13 | 895,433 | | 09/19/2022 | $400.13 | 897,000 |
| | 12/12/2022 | $694.08 | 901,862 | | 01/09/2023 | $694.09 | 903,356 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 04/18/2022 | $1,897.15 | 889,083 | | 05/16/2022 | $407.57 | 890,809 |
| | 06/20/2022 | $407.57 | 892,474 | | 07/18/2022 | $407.57 | 894,213 |
| | 08/15/2022 | $407.57 | 895,774 | | 09/19/2022 | $407.57 | 897,370 |
| | 12/12/2022 | $707.00 | 902,176 | | 01/09/2023 | ($706.99) | 903,662 |
| | 01/09/2023 | $706.99 | 904,808 | | 01/09/2023 | $706.99 | 903,662 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 21-14108**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 851.47 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,150.00 | 100.00% | 4,150.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AES/PHEAA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ATLANTCFCU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | ATLANTIC FEDERAL CRED | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | AVANT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | BANCO POPULAR DE PUERTO RICO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | CITI/SEARS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 443.61 | 100.00% | 0.00 | 443.61 |
| 0014 | CREDIT FIRST NATIONAL ASSOCIATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | CREDIT ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | LVNV FUNDING LLC | UNSECURED | 499.19 | 100.00% | 0.00 | 499.19 |
| 0018 | FIRST CREDIT SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | GENESIS BC/CELTIC BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | LEADERS FINANCIAL COMPANY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 18,913.96 | 100.00% | 5,348.99 | 13,564.97 |
| 0023 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,097.70 | 100.00% | 0.00 | 1,097.70 |
| 0024 | MISSION LANE LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | NEW COMMUNITY FCU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | OCWEN LOAN SERVICING, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,524.91 | 100.00% | 0.00 | 2,524.91 |
| 0029 | RESURGENT CAPITAL SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | SANTANDER BANK, N.A. | UNSECURED | 10,012.21 | 100.00% | 0.00 | 10,012.21 |
| 0031 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 18,568.58 | 100.00% | 5,251.32 | 13,317.26 |
| 0032 | SYNCB/ELECTRONICS EXPO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | SYNCB/TOYS R US | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | SYNCHRONY BANK / HH GREGG | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 911.10 | 100.00% | 0.00 | 911.10 |
| 0036 | SYNCHRONY BANK/FLEX LC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | SYNCHRONY BANK/SAMS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0038 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 312.24 | 100.00% | 0.00 | 312.24 |
| 0039 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0040 | SYNCHRONY BANK/WALMART | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0044 | MISSION LANE LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0045 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 5,927.27 | 100.00% | 0.00 | 5,927.27 |
| 0046 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,129.48 | 100.00% | 0.00 | 1,129.48 |
| 0047 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,192.24 | 100.00% | 0.00 | 1,192.24 |
| 0048 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,142.63 | 100.00% | 0.00 | 3,142.63 |
| 0049 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,266.44 | 100.00% | 0.00 | 2,266.44 |
| 0050 | TRINITAS REGIONAL MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

Total Paid: $15,601.78
See Summary

**Chapter 13 Case # 21-14108**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $17,002.86    -    Paid to Claims: $10,600.31    -    Admin Costs Paid: $5,001.47    =    Funds on Hand: $1,401.08

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.