RUSSELL LOW, ESQ. RLL-4745  
LOW & LOW, LLC  
Attorneys at Law  
505 Main Street  
Hackensack, NJ 07601  
(201) 343-4040  
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Nancy Jackson | : | CASE NO. 21-14108 |
| | : | The Honorable Vincent F. Papalia |
| Debtor | : | Hearing Date: March 20, 2025 at 10:00 a.m. |

**SPECIAL COUNSEL'S CERTIFICATION IN SUPPORT OF MOTION TO APPROVE AND DISBURSE SETTLEMENT NUNC PRO TUNC**

I, Nancy Salvatore-Rodrick, Esq., being of full age, hereby certify as follows:

1. I, Nancy Salvatore-Rodrick, Esq., attorney at Marciano & Topazio represented the Debtor, Nancy Jackson in a worker's compensation case.

2. A gross settlement was reached in the amount of $13,416.00

3. My firm received $1,342.00 from the gross settlement.

4. $500.00 was paid to Dr. Horwitz.

5. The debtor's net proceeds from the settlement were $11,574.00.

6. I am respectfully requesting that the Court approve the worker's compensation settlement Nunc Pro Tunc.

I hereby certify that the debtor's settlement is fair and reasonable and the above statements are true and correct to the best of my knowledge.

Date: 2/13/25

*[signature]*
**Nancy Salvatore-Rodrick, Esq.**
Debtor's Special Counsel