Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 21−14108−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Keith E Jackson | Nancy E Jackson |
| 572 3rd Avenue | 572 3rd Avenue |
| Elizabeth, NJ 07202 | Elizabeth, NJ 07202 |

Social Security No.:
  xxx−xx−8761                               xxx−xx−6615

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I Michele Cummings , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Notice of Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Worker's Compensation

Dated: March 14, 2025
JAN: mlc

                                                    Jeanne Naughton
                                                    Clerk