**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtors**



Order Filed on March 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Nancy Jackson | : | CASE NO. 21-14108 |
| | : | The Honorable Vincent F. Papalia |
| Debtor | : | Hearing Date: March 20, 2025 at 10:00 a.m.. |

**ORDER TO APPROVE AND DISBURSE SETTLEMENT NUNC PRO TUNC**

    The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: March 24, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

.

Page 2
Debtor: Nancy Jackson
Case No. 21-14108-VFP
Caption: ORDER TO APPROVE AND DISBURSE SETTLEMENT

_____

This matter having come before the Court upon the debtor's Notice of Motion for an Order approving and disbursing settlement from the debtor's worker's compensation case, the Court having examined the evidence presented, and for good cause shown, IT IS HEREBY

**ORDERED** that the Bankruptcy Court approve the Gross Settlement in the amount of $13,416.00.

**ORDERED** that the Bankruptcy Court approves the $1,342.00 disbursed to the debtor's special counsel firm, Marciano & Topazio.

**ORDERED** that the Bankruptcy Court approves the $500 disbursed to Dr. Horwitz.

**ORDERED** that the Bankruptcy Court approves the $11,574.00 net proceeds disbursed to the debtor.