**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtors**

Order Filed on March 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Nancy Jackson | : | CASE NO. 21-14108 |
| | : | The Honorable Vincent F. Papalia |
| Debtor | : | Hearing Date: March 20, 2025 at 10:00 a.m.. |

_____
**ORDER TO APPROVE AND DISBURSE SETTLEMENT NUNC PRO TUNC**
_____

The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: March 24, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

.

Page 2
Debtor: Nancy Jackson
Case No. 21-14108-VFP
Caption: ORDER TO APPROVE AND DISBURSE SETTLEMENT

_____

This matter having come before the Court upon the debtor's Notice of Motion for an Order approving and disbursing settlement from the debtor's worker's compensation case, the Court having examined the evidence presented, and for good cause shown, IT IS HEREBY

**ORDERED** that the Bankruptcy Court approve the Gross Settlement in the amount of $13,416.00.

**ORDERED** that the Bankruptcy Court approves the $1,342.00 disbursed to the debtor's special counsel firm, Marciano & Topazio.

**ORDERED** that the Bankruptcy Court approves the $500 disbursed to Dr. Horwitz.

**ORDERED** that the Bankruptcy Court approves the $11,574.00 net proceeds disbursed to the debtor.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-14108-VFP

Keith E Jackson  Chapter 13

Nancy E Jackson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Mar 24, 2025  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Keith E Jackson, Nancy E Jackson, 572 3rd Avenue, Elizabeth, NJ 07202-3932 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:

**Name**  **Email Address**

Cory Francis Woerner
    on behalf of Creditor MEB Loan Trust IV cwoerner@raslg.com

Denise E. Carlon
    on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for MEB Loan Trust II dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for MEB Loan Trust II bk@stewartlegalgroup.com

Jenelle C Arnold
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkecfinbox@aldridgepite.com jarnold@ecf.courtdrive.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 24, 2025 | Form ID: pdf903 | Total Noticed: 1

Marie-Ann Greenberg  magecf@magtrustee.com

Russell L. Low  on behalf of Joint Debtor Nancy E Jackson ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Russell L. Low  on behalf of Debtor Keith E Jackson ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9