**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:                                                                               CASE NO.: 21-14108-VFP
                                                                                               CHAPTER 13
Keith E Jackson,
   Debtor.

Nancy E Jackson,
   Joint Debtor.
_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of MEB Loan Trust IV ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> Attorney for Secured Creditor
> 130 Clinton Rd #202
> Fairfield, NJ 07004
> Telephone: 470-321-7112
> Facsimile: 404-393-1425
>
> By: /s/Nathalie Rodriguez
>     Nathalie Rodriguez
>     Email: NRodriguez@raslg.com

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on January 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KEITH E JACKSON
572 3RD AVENUE
ELIZABETH, NJ 07202

NANCY E JACKSON
572 3RD AVENUE
ELIZABETH, NJ 07202

And via electronic mail to:

RUSSELL L LOW
LOW & LOW, LLC
505 MAIN ST.
SUITE 304
HACKENSACK, NJ 07601

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                                By: /s/ Journie Morosky