UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. - 4745
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601
201-343-4040
Attorney for Debtor

| | |
|---|---|
| In Re:<br><br> Keith E Jackson and Nancy E Jackson | Case No.: _____21-14108_____<br><br>Judge: _____VFP_____<br><br>Chapter:          13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.      ☒ Motion for Relief from the Automatic Stay filed by _____MEB Loan Trust IV_____ ,
creditor,

A hearing has been scheduled for _____04/02/26_____, at _10:00 a.m_.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not
been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
The debtors are respectfully requesting the opportunity to make a $1,000 payment on 03/20/2026 and $533 on 04/02/2026 to bring the account current through March 2026.

3.      This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: 03/12/2026 _____          /s/ Keith E. Jackson _____
                                      Debtor's Signature

Date: 03/12/2026 _____          /s/ Nancy E. Jackson _____
                                      Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*