

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Nathalie C Rodriguez, Esq. (435332023)

**Order Filed on April 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**Keith E Jackson,**

    **Debtor,**

**Nancy E Jackson,**

    **Joint-Debtor.**

Case No.:  21-14108-VFP

Chapter:  13

Hearing:  April 2, 2026

Judge:  Vincent F Papalia

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR

## RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: April 27, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

THIS MATTER having come before the Court on the Creditor's Motion for Relief from the Automatic Stay of MEB Loan Trust IV ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 572 3rd Avenue, Elizabeth, NJ 07202 (the "Subject Property"), and Russell L Low, Esq. representing Keith E Jackson and Nancy E Jackson ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Motion for Relief from the Automatic Stay is resolved, subject to the following conditions:

1.  Status of post-petition arrearages:

    ■ The Debtors have brought the account current since the filing of the Motion for Relief on <u>March 3, 2026</u> at Docket No 93.

    Funds Held In Suspense <u>($8.83)</u>

2.  Debtor must cure all post-petition arrearages, as follows:

    ■ Beginning on <u>04/25/2026</u>, regular monthly mortgage payments shall resume in the amount of <u>$332.39</u>, or such other amount as may be required by a Fed. R. Bnkr. P. 3002.1 notice.

3.  Payments to the Secured Creditor shall be made to the following address(es):

    ■ Regular monthly payment: <u>Select Portfolio Servicing, Inc.</u>
    <u>Attn: Remittance Processing</u>
    <u>PO Box 65450</u>
    <u>Salt Lake City, UT 84165</u>

4.  In the event of Default:

    ■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

    ■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees and costs of <u>$0.00</u>