

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Nathalie C Rodriguez, Esq. (435332023)

**Order Filed on April 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

**In Re:**

**Keith E Jackson,**

   **Debtor,**

**Nancy E Jackson,**

   **Joint-Debtor.**

Case No.:  21-14108-VFP

Chapter:   13

Hearing:   April 2, 2026

Judge:    Vincent F Papalia

---

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR

## RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: April 27, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

THIS MATTER having come before the Court on the Creditor's Motion for Relief from the Automatic Stay of MEB Loan Trust IV ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 572 3rd Avenue, Elizabeth, NJ 07202 (the "Subject Property"), and  Russell L Low, Esq. representing Keith E Jackson and Nancy E Jackson ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Motion for Relief from the Automatic Stay is resolved, subject to the following conditions:

1.      Status of post-petition arrearages:

■ The Debtors have brought the account current since the filing of the Motion for Relief on <u>March 3, 2026</u> at Docket No 93.

Funds Held In Suspense <u>($8.83)</u>

2.    Debtor must cure all post-petition arrearages, as follows:

■ Beginning on <u>04/25/2026</u>, regular monthly mortgage payments shall resume in the amount of <u>$332.39</u>, or such other amount as may be required by a Fed. R. Bnkr. P. 3002.1 notice.

3.    Payments to the Secured Creditor shall be made to the following address(es):

■ Regular monthly payment: <u>Select Portfolio Servicing, Inc.</u>
<u>Attn: Remittance Processing</u>
<u>PO Box 65450</u>
<u>Salt Lake City, UT 84165</u>

4.    In the event of Default:

■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees and costs of $0.00

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-14108-VFP

Keith E Jackson                                                                    Chapter 13

Nancy E Jackson

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 28, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

**Recip ID**         **Recipient Name and Address**
db/jdb        +  Keith E Jackson, Nancy E Jackson, 572 3rd Avenue, Elizabeth, NJ 07202-3932

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2026 at the address(es) listed below:**

**Name**         **Email Address**

Cory Francis Woerner
    on behalf of Creditor MEB Loan Trust IV cwoerner@raslg.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for MEB Loan Trust II bk@stewartlegalgroup.com

Jenelle C Arnold
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkecfinbox@aldridgepite.com jarnold@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Matthew K. Fissel
    on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for MEB Loan Trust II bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

District/off: 0312-2                                    User: admin                                    Page 2 of 2

Date Rcvd: Apr 28, 2026                                Form ID: pdf903                                Total Noticed: 1

Matthew K. Fissel

    on behalf of Creditor MEB Loan Trust IV bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Nathalie Rodriguez

    on behalf of Creditor MEB Loan Trust IV nrodriguez@raslg.com  NJbkyecf@flwlaw.com

Russell L. Low

    on behalf of Joint Debtor Nancy E Jackson ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Russell L. Low

    on behalf of Debtor Keith E Jackson ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10