Form ntcfncurv – ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  21–14108–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Keith E Jackson | Nancy E Jackson |
| 572 3rd Avenue | 572 3rd Avenue |
| Elizabeth, NJ 07202 | Elizabeth, NJ 07202 |

Social Security No.:
xxx–xx–8761                                    xxx–xx–6615

Employer's Tax I.D. No.:

---

### NOTICE OF RESPONSE TO TRUSTEE'S
### NOTICE OF DISBURSEMENTS MADE

   TO: <u>Keith E Jackson and Nancy E Jackson</u>
           Debtor(s)

   You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: June 1, 2026
JAN: mlc

<u>Jeanne Naughton, Clerk</u>