Form ntcfncurv − ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  21−14108−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Keith E Jackson
572 3rd Avenue
Elizabeth, NJ 07202

Nancy E Jackson
572 3rd Avenue
Elizabeth, NJ 07202

Social Security No.:
  xxx−xx−8761

        xxx−xx−6615

Employer's Tax I.D. No.:

---

### NOTICE OF RESPONSE TO TRUSTEE'S
### NOTICE OF DISBURSEMENTS MADE

TO: <u>Keith E Jackson and Nancy E Jackson</u>
    Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: June 1, 2026
JAN: mlc

<u>Jeanne Naughton, Clerk</u>

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14108-VFP |
| Keith E Jackson | Chapter 13 |
| Nancy E Jackson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 01, 2026 | Form ID: ntcfncur | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                    +  Keith E Jackson, Nancy E Jackson, 572 3rd Avenue, Elizabeth, NJ 07202-3932

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | |
| | on behalf of Creditor MEB Loan Trust IV cwoerner@raslg.com |
| Gavin Stewart | |
| | on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for MEB Loan Trust II bk@stewartlegalgroup.com |
| Jenelle C Arnold | |
| | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkecfinbox@aldridgepite.com jarnold@ecf.courtdrive.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | |

District/off: 0312-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jun 01, 2026                     Form ID: ntcfncur                            Total Noticed: 1

on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for MEB Loan Trust II bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Matthew K. Fissel

on behalf of Creditor MEB Loan Trust IV bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Nathalie Rodriguez

on behalf of Creditor MEB Loan Trust IV nrodriguez@raslg.com  NJbkyecf@flwlaw.com

Russell L. Low

on behalf of Joint Debtor Nancy E Jackson ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Russell L. Low

on behalf of Debtor Keith E Jackson ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11