**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Keith E Jackson<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8761 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Nancy E Jackson<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–6615 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 21–14108–VFP | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Keith E Jackson

Nancy E Jackson

9/15/26

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Keith E Jackson
Nancy E Jackson
Debtors

Case No. 21-14108-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin 
Date Rcvd: Sep 15, 2026 Form ID: 3180W Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Keith E Jackson, Nancy E Jackson, 572 3rd Avenue, Elizabeth, NJ 07202-3932 |
| sp | + | Andrew Topazio, Marciano and Topazio, 927 Stuyvesant Avenue, Union, NJ 07083-6916 |
| 520914361 | | Santander Bank, N.A., PO Box 847105, Boston, MA 02284-7105 |
| 519299790 | ++ | TRINITAS REGIONAL MEDICAL CENTER, ATTN TONI LOGIUDICE, 225 WILLIAMSON STREET, ELIZABETH NJ 07202-3625 address filed with court:, TRINITAS REGIONAL MEDICAL CENTER, 225 WILLIAMSON ST, ELIZABETH, NJ 07202 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2026 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2026 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Sep 16 2026 00:57:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519214065 | + | Email/Text: bncnotifications@pheaa.org | Sep 15 2026 21:18:00 | AES/PHEAA, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 519214066 | + | Email/Text: CollectionsDepartment@atlfedcu.com | Sep 15 2026 21:18:00 | ATLANTCFCU, P.O. BOX 618, KENILWORTH, NJ 07033-0618 |
| 519214067 | + | Email/Text: CollectionsDepartment@atlfedcu.com | Sep 15 2026 21:18:00 | ATLANTIC FEDERAL CRED, P.O. BOX 618, KENILWORTH, NJ 07033-0618 |
| 519214070 | + | Email/Text: bk@avant.com | Sep 15 2026 21:19:00 | AVANT, ATTN: BANKRUPTCY, PO BOX 9183380, CHICAGO, IL 60691-3380 |
| 519214071 | + | Email/Text: hildaris.burgos@popular.com | Sep 15 2026 21:19:00 | BANCO POPULAR DE PUERTO RICO, ATTN: BANKRUPTCY, PO BOX 362708, SAN JUAN, PR 00936-2708 |
| 519214073 | | EDI: BANKAMER | Sep 16 2026 00:57:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519214076 | + | EDI: BANKAMER | Sep 16 2026 00:57:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519214075 | + | EDI: BANKAMER | Sep 16 2026 00:57:00 | BANK OF AMERICA, ATTN: BANKRUPTCY NC4-105-02-77, PO BOX 26012, GREENSBORO, NC 27420-6012 |
| 519214079 | + | EDI: TSYS2 | Sep 16 2026 00:57:00 | BARCLAYS BANK DELAWARE, ATTN: |

| | | | | |
|---|---|---|---|---|
| | | | | BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519214081 | + | EDI: CAPITALONE.COM | Sep 16 2026 00:57:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519214086 | + | EDI: CITICORP | Sep 16 2026 00:57:00 | CITI/SEARS, CITIBANK/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519214087 | + | EDI: WFNNB.COM | Sep 16 2026 00:57:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519214088 | + | EDI: WFNNB.COM | Sep 16 2026 00:57:00 | COMENITYBANK/VENUS, ATTN: BANKRUPTCY DEPT, PO BOX 182273, COLUMBUS, OH 43218-2273 |
| 519214089 | + | EDI: CRFRSTNA.COM | Sep 16 2026 00:57:00 | CREDIT FIRST NATIONAL ASSOCIATION, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 519214091 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 15 2026 21:21:03 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 519229057 | + | EDI: AIS.COM | Sep 16 2026 01:03:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519214092 | + | EDI: DISCOVER | Sep 16 2026 00:57:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 519214093 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 15 2026 21:21:01 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 519214095 | ^ | MEBN | Sep 15 2026 21:08:30 | FIRST CREDIT SERVICES, ATTN: BANKRUPTCY, PO BOX 55 3 SCILES AVE, PISCATAWAY, NJ 08855-0055 |
| 519214096 | + | EDI: PHINGENESIS | Sep 16 2026 01:03:00 | GENESIS BC/CELTIC BANK, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 519214097 | + | EDI: PHINGENESIS | Sep 16 2026 01:03:00 | GENESIS FS CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 519214098 | | Email/Text: krivera@leadersfc.com | Sep 15 2026 21:17:00 | LEADERS FINANCIAL COMPANY, ATTN: BANKRUPTCY, 21 COMMERCE DR. SUITE 101, CRANFORD, NJ 07016 |
| 519223396 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 21:21:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519214100 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 15 2026 21:18:00 | MEB Loan Trust II, c/o Specialized Loan Serving LLC, 6200 S. Quebec Street, Englewood, CO 80111-4720 |
| 519246747 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 15 2026 21:18:00 | MEB Loan Trust II, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 520371221 | ^ | MEBN | Sep 15 2026 21:07:34 | MEB Loan Trust II, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520371222 | ^ | MEBN | Sep 15 2026 21:07:39 | MEB Loan Trust II, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, MEB Loan Trust II, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 519257938 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 15 2026 21:19:00 | MEB Loan Trust IV, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520937935 | + | Email/Text: RASEBN@raslg.com | | |

| | | | |
|---|---|---|---|
| | | Sep 15 2026 21:17:00 | MEB Loan Trust IV, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 519214101 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2026 21:18:00 | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE STE 100, SAN DIEGO, CA 92108-3007 |
| 519214103 | Email/Text: ml-ebn@missionlane.com | Sep 15 2026 21:17:00 | MISSION LANE LLC, ATTN: BANKRUPTCY NOTICE, 237 KERNY ST #197, SAN FRANCISCO, CA 94108 |
| 519214099 | Email/Text: BankruptcyECFMail@mccalla.com | Sep 15 2026 21:18:00 | McCalla Rymer Leibert Pierce, LLC, 485F US Highway 1 South, Suite 300, Iselin, NJ 08830-3072 |
| 519237872 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2026 21:18:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 520374110 | + Email/Text: ecfbnc@aldridgepite.com | Sep 15 2026 21:18:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 519214107 | + Email/Text: BKEBN-Notifications@ocwen.com | Sep 15 2026 21:17:00 | OCWEN LOAN SERVICING, LLC, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409-6493 |
| 519214108 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 15 2026 21:21:01 | OLLO CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |
| 519270296 | EDI: PRA.COM | Sep 16 2026 00:57:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519255377 | EDI: PRA.COM | Sep 16 2026 00:57:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519270274 | EDI: PRA.COM | Sep 16 2026 00:57:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519265342 | EDI: Q3G.COM | Sep 16 2026 00:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519214110 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 21:21:16 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, POB 10497, GREENVILLE, SC 29603-0497 |
| 519214111 | + Email/Text: DeftBkr@santander.us | Sep 15 2026 21:18:00 | SANTANDER BANK, ATTN: BANKRUPTCY, 10-64-38-FD7 601 PENN ST, READING, PA 19601-3563 |
| 519214112 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 15 2026 21:19:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519214113 | + EDI: SYNC | Sep 16 2026 00:57:00 | SYNCB/ELECTRONICS EXPO, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519214114 | + EDI: SYNC | Sep 16 2026 00:57:00 | SYNCB/TOYS R US, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519214115 | + EDI: SYNC | Sep 16 2026 00:57:00 | SYNCHRONY BANK / HH GREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519214116 | + EDI: SYNC | Sep 16 2026 00:57:00 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519214117 | + EDI: SYNC | Sep 16 2026 00:57:00 | SYNCHRONY BANK/FLEX LC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519214118 | + EDI: SYNC | Sep 16 2026 00:57:00 | SYNCHRONY BANK/SAMS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |

| | | | |
|---|---|---|---|
| 519214119 | + EDI: SYNC | Sep 16 2026 00:57:00 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519214120 | + EDI: SYNC | Sep 16 2026 00:57:00 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY DEPT, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519214121 | + EDI: SYNC | Sep 16 2026 00:57:00 | SYNCHRONY BANK/WALMART, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519261648 | + Email/Text: DeftBkr@santander.us | Sep 15 2026 21:18:00 | Santander Bank, N.A., 450 Penn St, MC: PA-450-COL1, Reading, PA 19602-1011 |
| 519215876 | + EDI: PRA.COM | Sep 16 2026 00:57:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 57

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519214105 | | NEW COMMUNITY FCU |
| 519214106 | | NEW COMMUNITY FCU |
| cr | *+ | MEB Loan Trust IV, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519214068 | *+ | ATLANTIC FEDERAL CRED, P.O. BOX 618, KENILWORTH, NJ 07033-0618 |
| 519214069 | *+ | ATLANTIC FEDERAL CRED, P.O. BOX 618, KENILWORTH, NJ 07033-0618 |
| 519214072 | *+ | BANCO POPULAR DE PUERTO RICO, ATTN: BANKRUPTCY, PO BOX 362708, SAN JUAN, PR 00936-2708 |
| 519214074 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519214077 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519214078 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519214080 | *+ | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519214082 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519214083 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519214084 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519214085 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519214090 | *+ | CREDIT FIRST NATIONAL ASSOCIATION, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 519214094 | *+ | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 519214102 | *+ | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE STE 100, SAN DIEGO, CA 92108-3007 |
| 519214104 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, MISSION LANE LLC, ATTN: BANKRUPTCY NOTICE, 237 KERNY ST #197, SAN FRANCISCO, CA 94108 |
| 519214109 | *+ | OLLO CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |

TOTAL: 2 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor MEB Loan Trust IV cwoerner@raslg.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for MEB Loan Trust II bk@stewartlegalgroup.com |
| Jenelle C Arnold | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkecfinbox@aldridgepite.com jarnold@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for MEB Loan Trust II bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor MEB Loan Trust IV bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Nathalie Rodriguez | on behalf of Creditor MEB Loan Trust IV nrodriguez@raslg.com NJbkyecf@flwlaw.com |
| Russell L. Low | on behalf of Debtor Keith E Jackson ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Joint Debtor Nancy E Jackson ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11